[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] DECISION AND JUDGMENT ENTRY
* * * * *
This matter is before the court on a petition for a writ of procedendo filed by relator Tana T. Bey. Bey asks this court to order Judge William Skow of the Lucas County Court of Common Pleas to proceed to a final judgment on relator's motion for production of transcripts and other documents which relator filed on December 9, 1997.
It has been brought to our attention that on March 27, 1998, respondent filed an opinion and judgment entry ruling on relator's motion. Accordingly, relator's petition for a writ of procedendo is not well-taken and denied.
This case is dismissed at relator's cost. It is so ordered.
 ________________________________ Peter M. Handwork, P.J.
JUDGE
 _______________________________ George M. Glasser, J.
JUDGE
 _______________________________ Richard W. Knepper, J.
JUDGE
CONCUR.